# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Jeffrey Brown ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10cv980 |
| ) | |
| ) | |
| Randi Bochinski, et al. ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 6/10/2013 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the plaintiff Jeffrey Brown and against the defendant Randi Bochinski in the amount of $2,185,000 for Count I, $6,555,000 for Count II and $2,185,000 for Count III.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Kathy Lau
Deputy Clerk

Dated: 6/11/2013
Alexandria, Virginia